# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DREW HUSKEY, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:19-cv-02710-JAR ) |
| COLGATE-PALMOLIVE COMPANY, | ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

Pursuant to the parties' Joint Stipulation for Dismissal (Doc. No. 58),

**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice.**

Dated this 20th day of January, 2022.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**